UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:15 CR 231 |
| | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THOMAS ABDALLAH, | ) | |
| MARK GEORGE, | ) | |
| JEFFREY GAINER, | ) | |
| | ) | |
| Defendant. | ) | |

The Court adopts the Report and Recommendation of the Magistrate Judge.  The Court

accepts the pleas of guilty as to each of the above named defendants.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: _October 19, 2016_