UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before<br>**DONALD C. NUGENT**<br>United States District Judge | DATE: October 19, 2016<br><br>CASE NO. 1:14 CR 231<br><br>COURT REPORTER: Sarah Nageotte<br><br>SENTENCING |

UNITED STATES OF AMERICA

    -VS-

THOMAS ABDALLAH

APPEARANCES:    Plaintiff: Mark Bennett, Esq. And Kendra Klump, Esq.

                        Defendant: David Grant, Esq.

                        Pretrial/Probation: Pat LaVecchia and Kristine Lorentz

PROCEEDINGS: The defendant is sentenced to the custody of the Bureau of Prisons for a term of eighty two months.  The defendant shall self report as notified.  The Court recommends FCI Morgantown and the 500 hour drug treatment program.  Special assessment $200.00.  Restitution is due in the amount of $17,077.571.44.  Counts 2,3,4.5,6,7,8,9 and 10 are dismissed.

                                                            Jeane M. Wells Ruprecht
                                                            Courtroom Deputy

Length of Proceedings:___1 hour_____