*[Handwritten margin notations: "Mr. Bancsi has been suspended from Practice in this court 11/14/14"; "DENIED:"; "IT IS SO ORDERED"; signature and date "3/28/17"; "U.S. District Judge"; "# 146609 3GRANTED"]*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15CR231 |
| Plaintiff, | JUDGE DONALD NUGENT |
| v. | |
| THOMAS ABDALLAH (A.K.A. TOM ABRAHAM, | **MOTION TO BE ADMITTED PRO HAC VICE** |
| Defendant. | |

Now comes Joseph Bancsi, a duly admitted and licensed attorney in the State Of Ohio, pursuant to the provisions of Local Criminal Rule 57.5(h), and respectfully moves this Court for its order admitting him as counsel of record for Thomas Abdallah a.k.a. Tom Abraham, in the captioned matter, until his formal Motion To Be Admitted permanently to the bar of this Honorable Court is filed and ruled on.

Movant, Joseph Bancsi attaches his statement with the relevant facts to this Motion.

*[Signature]*

JOSEPH BANCSI 0025450
The Goodwin Bryan Building
22050 Mastick Road
Fairview Park, Ohio 44126
(216) 406-8177
(440) 686-9001 fax
Joseph.bancsi@gmail.com

*[Filed stamp: FILED 2017 MAR 27 AM 9:03 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND]*