UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15-CR-00231 |
| Plaintiff, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| vs. | ) | |
| Abdallah, *et. al.*, | ) | ORDER |
| Defendant. | ) | |

By motion this matter was brought to this Court's attention as a request for emergency release. After discussion with the parties, this Court finds the motion to be well taken.

**It is therefore ordered** that Defendant, Thomas Abdallah shall be released May 3, 2017 for the purpose of medical treatment. Original bond set in the above captioned matter shall be continued. Defendant is being released to receive hip surgery, performed by Dr. Kim Stearns and scheduled for May 8, 2017. Defendant shall be permitted to undergo residential rehabilitation for a period to be determined by Dr. Stearns. Defendant shall self-report to the U.S. Marshals within 48 of discharge from residential rehabilitation.

May 4, 2017
DATE

_____
HONORABLE DONALD C. NUGENT